IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BULE S. AHMED,**

               Plaintiff,

     v.

**UNITED PARCEL SERVICE, INC.**

               Defendant.

No. 3:14-cv-1231-ST

OPINION AND ORDER

**MOSMAN, J.**,

On November 5, 2014, Magistrate Judge Stewart issued her Findings and

Recommendation [24], recommending Defendant's Motion to Dismiss [15] be DENIED.  No

objections to the Findings and Recommendation were filed.

**DISCUSSION**

The magistrate judge makes only recommendations to the court, to which any party may

file written objections. The court is not bound by the recommendations of the magistrate judge,

but retains responsibility for making the final determination. The court is generally required to

make a *de novo* determination regarding those portions of the report or specified findings or

recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

is not required to review, *de novo* or under any other standard, the factual or legal conclusions of

the magistrate judge as to those portions of the F&R to which no objections are addressed. *See*

1 – OPINION AND ORDER

*Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121

(9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R

depends on whether or not objections have been filed, in either case, I am free to accept, reject,

or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

 Upon review, I agree with Judge Stewart's recommendation and I ADOPT the F&R 244]

as my own opinion.

 IT IS SO ORDERED.

 DATED this __25th__ day of November, 2014.


       /s/ Michael W. Mosman ____
       MICHAEL W. MOSMAN
       United States District Judge


2 – OPINION AND ORDER